IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CALEB ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-28-RAH |
| | ) | |
| PATHWAY, INC., e*t al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court are the Motion for Partial Dismissal and Motion for a More Definite Statement (Doc. 3) filed by the defendants on January 14, 2022. On August 11, 2022, the Magistrate Judge recommended that the motion for a more definite statement be granted and that the motion for partial dismissal be granted in part. (Doc. 32.) No objections to the Magistrate Judge's Recommendation have been filed. Upon this Court's review and consideration of the record, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Recommendation (Doc. 32) is ADOPTED;

2. The Motion for Partial Dismissal (Doc. 3) is GRANTED in part insofar as Plaintiff's Title VII claims against Renee Peyrgene, Herman Daniels, Alfredo Herrera, George Thurston-Diaz, and Justin Knutson are DISMISSED, and Plaintiff's abuse claims against all Defendants are DISMISSED;

3. The Motion for Partial Dismissal (Doc. 3) is DENIED in all other respects;

4. The Motion for a More Definite Statement (Doc. 3) is GRANTED; and

5. On or before **September 28, 2022**, Plaintiff shall file a more definite statement which repleads his Title VII claim against Pathway, and his fraud and defamation claims against the defendants.

Plaintiff is CAUTIONED that the failure to comply with this Court's orders may result in dismissal of this case.

DONE on this the 8th day of September, 2022.

                                                         /s/ R. Austin Huffaker, Jr.
                                             R. AUSTIN HUFFAKER, JR.
                                             UNITED STATES DISTRICT JUDGE