IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALEB ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-28-RAH |
| | ) |
| PATHWAY, INC., e*t al*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is the Motion for Preliminary Injunction (Doc. 13) filed by Defendant Pathway, Inc., on February 11, 2022. On August 8, 2022, the Magistrate Judge recommended that the Motion for Preliminary Injunction be DENIED. No objections to the Magistrate Judge's Recommendation have been filed. Upon this Court's review and consideration of the record, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Recommendation (Doc. 31) is ADOPTED;

2. The Motion for Preliminary Injunction (Doc. 13) is DENIED.

DONE on this the 8th day of September, 2022.

                                          /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE